Date of Arrest: 07/11

# United States District Court
## DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Armando BARBOSA-Trujillo<br>AKA: None Known<br>071636881<br>YOB: 1962<br>Citizen of: Mexico<br>Defendant | Magistrate Case No. 19-1547MJ<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a) Re-Entry After Deport |
|---|---|

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about July 11, 2019, Defendant Armando BARBOSA-Trujillo, an alien, was found in the United States at or near San Luis, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through the port of Nogales, Arizona on or about August 26, 1996. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA Joshua Kolsrud
for JHusbp

Signature of Complainant
Sarah Kaishas
Border Patrol Agent

Sworn to before me and subscribed in my presence,

July 15, 2019                  at    Yuma, Arizona
Date                                  City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer                Signature of Judicial Officer

- 1 -

UNITED STATES OF AMERICA,

Vs.

Armando BARBOSA-Trujillo
AKA: None Known
071636881

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about July 11, 2019, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed by an Immigration Judge at or near El Paso, Texas on or about August 26, 1996. The Defendant was most recently removed on or about 08/26/1996, through the port of Nogales, Arizona.

Agents determined that on or about July 11, 2019, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Anthony Mendoza, Kaylee Tang, John Stratford and Martin Salgado.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Edel Sevillano.

Signature of Complainant

Sworn to before me and subscribed in my presence,

July 15, 2019
Date

Signature of Judicial Officer

## *Probable Cause Statement*

*I, Border Patrol Agent Sarah Kaishas, declare under penalty of perjury, the following is true and correct:*

Defendant: Armando BARBOSA-Trujillo

Dependents: None

**IMMIGRATION HISTORY:** The Defendant is an illegal alien and has been apprehended by the United States Border Patrol on several previous occasions. The Defendant has been removed a total of five (5) times.

**CRIMINAL HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 03/21/1990 | Indio, CA | Burglary | 40 Days Jail |
| 07/21/1993 | Yuma, AZ | 8 USC 1325 | 150 Days Jail |
| 07/26/1993 | El Centro, CA | 8 USC 1325 | 90 Days Jail |
| 02/09/1996 | Yuma, AZ | 8 USC 1325 | 179 Days Jail |
| 03/25/1996 | San Antonio, TX | 8 USC 1325 | 179 Days Jail |
| 08/26/1996 | El Paso, TX | | Ordered Removed by IJ |
| 05/18/1997 | Yuma, AZ | 8 USC 1325 | 179 Days Jail |
| 06/10/1997 | Safford, AZ | 8 USC 1325 | 179 Days Jail |
| 11/20/2000 | Yuma, AZ | 8 USC 1325 | 120 Days Jail |
| 12/15//2000 | Phoenix, AZ | 8 USC 1325 | 120 Days Jail |
| 06/08/2010 | Yuma, AZ | 8 USC 1325 | 130 Days Jail |
| 07/15/2010 | Phoenix, AZ | 8 USC 1325 | 130 Days Jail |
| 10/15/2010 | Nogales, AZ | | Removed from the US |

Narrative: The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about July 11, 2019, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed by an Immigration Judge at or near El Paso, Texas on or about August 26, 1996. The Defendant was most recently removed on or about October 15, 2010, through the port of Nogales, Arizona.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Anthony Mendoza, Kaylee Tang, John Stratford and Martin Salgado.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Edel Sevillano.

*Executed on:* *July 13, 2019*     *Time:* *06:02 AM MST*

*Signed:* *Sarah Kaishas, Border Patrol Agent*